IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATHLEEN T. BONNELL, and DOES 1 THROUGH 25,<br><br>Plaintiffs,<br><br>vs.<br><br>KENNETH JAMES KARELS, CEO and Director of Board of Great Western Bancorp, Inc.; GREAT WESTERN BANCORP, INC., DEVAN EISENMENGER, Ord Branch Manager; and DOES 1 THROUGH 25,<br><br>Defendants. | 4:18CV3066<br><br>**MEMORANDUM AND ORDER** |

Plaintiff Kathleen T. Bonnell, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. (Filing No. 2.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next step in her case will be for the court to conduct an initial review of her claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The court will conduct this initial review in its normal course of business.

Dated this 7th day of May, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge