IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| KATHLEEN T. BONNELL, | |
|---|---|
| Plaintiff, | 4:18-CV-3066 |
| vs. | |
| GREAT WESTERN BANCORP, INC., | ORDER |
| Defendant. | |

This matter is before the Court on the plaintiff's "Request for Order to Amend Federal Complaint to Include Further Pleaded Causes of Action" (filing 24). That request will be denied.

The Court recognizes that ordinarily, leave to amend should be freely granted. *Minneapolis Firefighters' Relief Ass'n v. MEMC Elec. Materials, Inc.*, 641 F.3d 1023, 1030 (8th Cir. 2011). But the plaintiff didn't provide the Court with any explanation for why she is moving for leave to amend now, nor did she provide the Court with a proposed amended pleading, as required by this Court's local rules. *See* NECivR 15.1(a). The policy favoring liberal allowance of amendment does not mean that the right to amend is absolute, and the plaintiff has given the Court no basis to evaluate the basis for, or sufficiency of, her proposed amended pleading. *See Kozlov v. Associated Wholesale Grocers, Inc.*, 818 F.3d 380, 394 (8th Cir. 2016). Accordingly,

IT IS ORDERED that the plaintiff's motion for leave to amend (filing 24) is denied.

Dated this 21st day of November, 2018.

BY THE COURT:

_____
John M. Gerrard
Chief United States District Judge