IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATHLEEN T. BONNELL, | |
| Plaintiff, | 4:18-CV-3066 |
| vs. | ORDER |
| GREAT WESTERN BANCORP, INC., et. al., | |
| Defendants. | |

Under Fed. R. Civ. P. 4(m), the Court may dismiss defendants not served within 90 days "on motion or on its own after notice to the plaintiff." In in this case, twenty-five unnamed defendants have not appeared and have not been served. *See* filing 1; filing 11; filing 13.

No motion to dismiss has been made, so by rule, the plaintiff is entitled to notice. Accordingly, the Court will order the plaintiff to show cause, on or before January 2, 2019, why the remaining unnamed defendants should not be dismissed, pursuant to Rule 4(m), for failure to serve process.

IT IS ORDERED:

1. The plaintiff is ordered to show cause, on or before January 2, 2019, why the remaining unserved defendants should not be dismissed, pursuant to Fed. R. Civ. P. 4(m), for failure to serve process.

2. The Clerk of the Court shall enter a show cause deadline of January 2, 2019.

Dated this 20th day of December, 2018.

BY THE COURT:

_____
John M. Gerrard
Chief United States District Judge