IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KATHLEEN T. BONNELL,

          Plaintiff,

vs.

GREAT WESTERN BANCORP, INC., et. al.,

          Defendants.

4:18-CV-3066

ORDER

The Court previously ordered the plaintiff to show cause why twenty-five unnamed "John Doe" defendants should not be dismissed for failure to serve process. Filing 27. The plaintiff has responded by showing that Great Western Bancorp was served with process. *See* filing 28. And the plaintiff has filed a brief contending that "Great Western Bancorp was and is the only Defendant in the above captioned case." Filing 29 at 1.

It suffices to say that the plaintiff has *not* shown cause why her claims, if any, against "Does 1 through 25" should not be dismissed. Accordingly,

IT IS ORDERED:

1. The plaintiff's claims against Does 1 through 25 are dismissed pursuant to Fed. R. Civ. P. 4(m).

2. Does 1 through 25 are terminated as parties.

3. This case is dismissed.

4. A separate judgment will be entered.

Dated this 21st day of December, 2018.

BY THE COURT:

John M. Gerrard
Chief United States District Judge